UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the November 13, 2010
Pacquaio/Margarito Broadcast,

                Plaintiff,

- against -

BAMBU LOUNGE CORP., d/b/a BAMBU
LOUNGE, a/k/a BAMBUSA,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

11 CV 1053 (RJD) (MDG)

DEARIE, Judge.

      Plaintiff seeks damages and related relief under 47 U.S.C. § 605 for defendant's alleged unlawful interception of a pay-per-view television broadcast.  In a Report and Recommendation issued March 30, 2012, Magistrate Judge Marilyn D. Go recommends that plaintiff be awarded judgment, by default, in the amount of $1,375.00 in damages, $4,125.00 in enhanced damages, $1,519.00 in attorneys' fees and $510.00 in costs, for a total judgment of $7,529.00.  Defendant has not filed an objection, and the time to do so has expired.  Having reviewed the motion papers and Magistrate Go's careful analysis, the Court adopts the Report and Recommendation in its entirety.  The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

Dated: Brooklyn, New York
       May 1, 2012

                                                  s/ Judge Raymond J. Dearie
                                                  _____
                                                  RAYMOND J. DEARIE
                                                  United States District Judge